**FILED**

2005 AUG 16 P 3: 54

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____
                DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOE BURNS,<br><br>    Petitioner,<br><br>vs.<br><br>GAIL LEWIS, Warden,<br><br>    Respondent. | Case No. CV F-01-5254 JKS<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

___ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

APPROVED:

/s/ James K. Singleton
_____
**JAMES K. SINGLETON, JR.**
United States District Judge

August 15, 2005
_____
Date

**JACK L. WAGNER**
_____
Clerk

/s/ T. Lundstrom
_____
(By) Deputy Clerk

K:\_Docketing\Orders\Prisoner\3-4\F-01-5254.jmt.frm